```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LENNON IMAGE TECHNOLOGIES,                                  :
LLC,                                                        :
                                                            :
                                Plaintiff,                  :         17-cv-9146 (VSB)
                                                            :
              -against-                                     :             **ORDER**
                                                            :
COTY INC.,                                                  :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I have reviewed Defendant's letter requesting a referral to Magistrate Judge Netburn for a settlement conference. Accordingly, it is hereby:

    ORDERED that Plaintiff shall file a letter setting forth its position as to why a referral to Magistrate Judge Netburn for a settlement conference is not appropriate. If necessary, Plaintiff may submit its letter to the chamber's email inbox at BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: December 6, 2019
      New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge