```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

LENNON IMAGE TECHNOLOGIES, LLC,

                      **Plaintiff,**

      -against-

COTY INC.,

                      **Defendant.**

```
-----------------------------------------------------------------X
```

17-CV-09146 (VSB)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

    In light of recent public health developments, the settlement conference scheduled for Tuesday, March 17, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020