```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LENNON IMAGE TECHNOLOGIES,                                 :
LLC,                                                       :
                                    Plaintiff,             :
                                                           :          17-CV-9146 (VSB)
              -against-                                    :
                                                           :               ORDER
COTY, INC., et al.,                                        :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

  The Court having extended the deadline for the parties to restore this action to the Court's docket, and receiving no such request, it is hereby:

  ORDERED that this case is terminated.

  The Clerk is directed to close this case.

SO ORDERED.

Dated: September 25, 2020
    New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge