UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENNON IMAGE TECHNOLOGIES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> COTY INC., <br><br> *Defendant.* | C.A. No. 1:17-cv-09146-VSB <br><br> **AGREED MOTION TO DISMISS** |

  Plaintiff Lennon Image Technologies, LLC and Defendant Coty Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and subject to the terms of the Settlement and Patent License Agreement entered into between the Parties dated June 12, 2020, hereby move for an order dismissing all claims asserted by Plaintiff against Defendant WITH PREJUDICE and any and all counterclaims asserted by Defendant against Plaintiff WITHOUT PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J. 11/16/2020

Plaintiff's claims are dismissed with prejudice and Defendant's counterclaims are dismissed without prejudice. The Clerk of Court is directed to terminate the gavel at Document 126.

Dated: November 10, 2020                                      Respectfully submitted,

| LATHAM AND WATKINS, LLC | BUETHER JOE & COUNSELORS, LLC |
|---|---|
| */s/ Richard G. Frenkel*<br>Clement Naples<br>Clement.naples@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Third Avenue<br>New York, NY  10022<br>Telephone:     (212) 906-1200<br><br>Lisa K. Nguyen *(PHV)*<br>Lisa.nguyen@lw.com<br>Richard G. Frenkel *(PHV)*<br>Rick.frenkel@lw.com<br>Nicholas H. Yu<br>Nicholas.yu@lw.com<br><br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:     (650) 328-4600<br><br>**ATTORNEYS FOR DEFENDANT COTY INC.** | By:     */s/ Christopher M. Joe*<br>           Eric W. Buether *(pro hac vice)*<br>           Eric.Buether@BJCIPLaw.com<br>           Christopher M. Joe  *(pro hac vice)*<br>           Chris.Joe@BJCIPLaw.com<br>           Michael C. Pomeroy *(pro hac vice)*<br>           Michael.Pomeroy@BJCIPLaw.com<br><br>           1700 Pacific Avenue<br>           Suite 4750<br>           Dallas, Texas 75201<br>           Telephone:     (214) 466-1272<br>           Facsimile:     (214) 635-1828<br><br>**ATTORNEYS FOR PLAINTIFF<br>LENNON IMAGE TECHNOLOGIES, LLC** |